# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., and COACH SERVICES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITI TRENDS, INC., and KELLY MARTIN,<br><br>Defendants. | Case No.: CV 17-4775-DMG (KSx)<br>**PROTECTIVE ORDER [195]** |

Plaintiffs Coach, Inc. and Coach Services, Inc. ("Plaintiffs") and Defendants Citi Trends, Inc. and Kelly Martin ("Defendants") have agreed to this Protective Order on the terms and conditions set forth below. Pursuant to the parties' agreement to the terms of an appropriate Protective Order, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. Any photograph taken of Coach's goods in connection with Defendants' inspection of the exemplars shall be treated as "Confidential-Attorney's Eyes Only." The photographs shall be used only for the purpose of this litigation, including any post-trial or appellate proceedings, and not for any other business, proceeding, litigation, or other

purpose whatsoever. Defendants' counsel may disclose the photographs only to the Court, Plaintiffs' counsel, and agents needed to perform services such as copying, drafting of exhibits, and support and management services. Defendants' counsel may give advice and opinions to Defendants based on their evaluation of the photographs, but shall not reveal the content of such photographs unless expressly authorized by Coach's counsel pursuant to an agreement to that effect.

2. Within thirty (30) days after the conclusion of litigation between the parties, all copies of the photographs, with the exception of one electronic archival copy to be kept with the files related to this litigation in accordance with Defendants' counsel's risk management policies, shall be deleted by Defendants' counsel from all electronic devices, document management systems and any other location, and all physical copies of the photographs shall be securely destroyed. Defendants shall, upon request, provide Plaintiffs with a certificate of compliance with the terms of this paragraph.

3. The restrictions provided for above shall not terminate upon the conclusion of this lawsuit, but shall continue until further order of this Court. This Stipulated Protective Order is without prejudice to the right of a party hereto to seek relief from the Court, upon good cause shown, from any of the provisions provided herein.

IT IS SO ORDERED.

DATED: February 24, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE