**THOMPSON COBURN LLP**
JEFFREY N. BROWN (SBN 105520)
DAVID B. JINKINS (*Admitted Pro Hac Vice*)
jbrown@thompsoncoburn.com
djinkins@thompsoncoburn.com
2029 Century Park East, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 282-2500
Facsimile:   (310) 282-2501

Attorneys for Plaintiffs COACH, INC. and
COACH SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COACH, INC., a Maryland corporation; and COACH SERVICES, INC., a Maryland corporation,<br><br>            Plaintiffs,<br><br>      vs.<br><br>CITI TRENDS, INC., a Delaware corporation; and KELLY MARTIN, an individual,<br><br>            Defendants. | Case No. 2:17-cv-04775-DMG-KS<br><br>Honorable Dolly M. Gee<br><br>**PLAINTIFFS' ADDITIONAL AUTHORITY RE: '318 REGISTRATION**<br><br>Trial Date: February 25, 2020<br>Time:       8:30 a.m.<br>Crtrm:      8C |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

To assess whether a statutory damages request is appropriate, the Court may be guided by past statutory damage awards. *Coach, Inc. v. Fashion Paradise, LLC,* No. CIV. 10-4888 JBS/KMW, 2012 WL 194092, at * 7 (D.N.J. Jan. 20, 2012).  Courts have found infringement by counterfeiting of the U.S. Trademark Registration No. 2,822,318 in the following cases:

- *Coach, Inc. v. Fashion Paradise, LLC*, Case No. CIV. 10-4888 JBS/KMW, 2012 WL 194092 (D.N.J. Jan. 20, 2012).
- *Coach, Inc. v. Ocean Point Gifts*, Case No. CIV. A. 09-4215 JBS, 2010 WL 2521444 (D.N.J. June 14, 2010).
- *Coach, Inc. v. Becka*, Case No. No. 5:11-CV-371 MTT, 2012 WL 5398830 (M.D. Ga. Nov. 2, 2012).
- *Coach, Inc. v. Cellular Planet*, Case No. CIV. A 2:09-CV-00241, 2010 WL 1853424, at *1 (S.D. Ohio May 7, 2010), *report and recommendation adopted*, No. 2:09-CV-00241, 2010 WL 2572113 (S.D. Ohio June 22, 2010).
- In *Coach Servs., Inc. v. La Terre Fashion, Inc.*, Case No. CV 10-2129 PSG (JCX), 2011 WL 13214028 (C.D. Cal. Nov. 1, 2011).

The above cases show that the '318 registration has been the basis for an award of damages multiple times. Additionally, the *Fashion Paradise* and *Ocean Point* cases show that the '318 registration may support separate damages for handbags and wallets.

1 | DATED: February 28, 2020 | **Respectfully submitted,**

**THOMPSON COBURN LLP**

By: ___/s/ *Jeffrey N. Brown*___
**JEFFREY N. BROWN**
**DAVID B. JINKINS**
Attorneys for Plaintiff COACH INC.
and COACH SERVICES, INC.